Alexandre Borisovski, Plaintiff-Appellant, 
against
Joseph Lamarre, Defendant-Respondent.




Plaintiff appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Judy H. Kim, J.), entered June 13, 2019, granting defendant's motion to dismiss the action pursuant to CPLR 3211(a)(7).




Per Curiam.
Order (Judy H. Kim, J.), entered June 13, 2019, reversed, without costs, defendant's motion to dismiss is denied, and the action is reinstated.
Pretrial motions to dismiss for failure to state a cause of action should rarely, if ever, be entertained in Small Claims Court (see Friedman v Seward Park Hous. Corp., 167 Misc 2d 57 [App Term, 1st Dept 1995]; see also Rackowski v Araya, 152 AD3d 834, 836 [2017]), and no exception to the rule is warranted in this case. "Substantial justice" (CCA 1804) will best be rendered by a prompt trial, where defendant may assert his substantive arguments for dismissal.
In reinstating the action, we express no view as to its ultimate outcome on the merits.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: January 27, 2020